UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| TRONOX LIMITED, ) | |
| ) | |
| Plaintiff, ) | **Civil Action No. 1:18cv10-SA-RP** |
| ) | |
| v. ) | |
| ) | |
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND SCHEDULING ORDER

Pursuant to Rule 6(c)(1)(C) of the Federal Rules of Civil Procedure, Plaintiff Tronox Limited ("Tronox") moves for an expedited hearing and scheduling order in this matter. Tronox has good cause for seeking an expedited hearing because:

1. Tronox, a global producer of titanium dioxide pigment ("TiO2") with its largest production facility located in Hamilton, Mississippi, seeks to acquire TiO2 producer The National Titanium Dioxide Company Ltd. ("Cristal"). Tronox and Cristal executed a purchase agreement in February 2017. If the transaction is not closed by May 21, 2018, the transaction will expire.

2. Tronox seeks an order compelling the FTC to bring any injunctive relief regarding the proposed transaction under Section 13(b) of the FTC Act before 5:00 p.m. EST on February 15, 2018 or, in the alternative, an injunction prohibiting the FTC from seeking any such injunctive relief at any later date and time. Tronox further requests that the Court issue a judicial declaration stating that, in the absence of an FTC request for injunctive relief under Section 13(b) of the FTC Act before 5:00 p.m. EST on February 15, 2018, the FTC could not prevail in an injunctive proceeding under section 13(b) were it to bring such an action challenging Tronox's

acquisition of Cristal, and accordingly, there is no legal impediment that could prevent Tronox and Cristal closing their proposed transaction.

      3.      Tronox requests the following scheduling order. Tronox is prepared to litigate the injunctive and declaratory judgment issues immediately, and it further believes this schedule to be practical and feasible for both parties.

      a.      Defendant shall file any motions to dismiss, to stay, or to otherwise suspend these proceedings (hereinafter "the Initial Motions"), together with any memorandum briefs in support, on or before January 30, 2018;

      b.      Plaintiff shall file its response to any Initial Motions, together with any memorandum briefs in support, on or before February 5, 2018;

      c.      Defendants shall file any reply with respect to the Initial Motions on or before February 8, 2018.

      d.      The Court will hear oral argument, if necessary, on the Initial Motions at the earliest convenience of the Court.

      4.      Tronox requests this expedited scheduling order from the Court to establish relevant dates for the consideration of Tronox's claims for injunctive and declaratory relief that will permit merits consideration of these claims before the May 21, 2018 expiration date of the proposed transaction.

DATED: January 23, 2018	Respectfully Submitted,


                                        */s/ Paul V. Cassisa, Jr.*
                                        Paul V. Cassisa, Jr.
                                        BUTLER SNOW LLP
                                        1200 Jefferson Avenue, Suite 205
                                        Oxford, MS 38655
                                        P.O. Box 1138
                                        Oxford, MS 38655-1138
                                        Telephone:    (662) 513-8004 (Direct)
                                        Facsimile:     (662) 513-8001
                                        E-mail: Paul.Cassisa@butlersnow.com


                                        *Attorney for Plaintiff,*
                                        *TRONOX LIMITED*

40233379.v1