

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

301 West Commerce Street, #13
Aberdeen, MS  39730

Telephone:  (662) 369-4952
Facsimile: (662) 369-9569

911 Jackson Avenue, Suite 369
Oxford, MS  38655
Telephone: (662) 234-1971
Facsimile: (662) 236-5210

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS  38701

February 27, 2018

Tronox Limited

v.                                                                                   Case No. 1:18cv10-SA-RP

Federal Trade Commission


    **PLEASE TAKE NOTICE** that the following party(ies) are in default and Entry of Default should be requested pursuant to Rule 55 of the Federal Rules of Civil Procedure:

    Federal Trade Commission

**Failure to request Entry of Default may result in a party of case being dismissed without prejudice for failure to prosecute.**

    DAVID CREWS, CLERK

    By:   _s/ Jennifer L. Adams_
          Deputy Clerk/Case Manager