# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| TRONOX LIMITED, | ) |
| Plaintiff, | ) **Civil Action No. 1:18-cv-00010-SA-RP** |
| v. | ) |
| FEDERAL TRADE COMMISSION, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Tronox Limited, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendant Federal Trade Commission.

DATED: March 7, 2018              Respectfully Submitted,

>/s/ Amanda J. Tollison
>Amanda J. Tollison, Esq. (MS Bar 10313)
>BUTLER SNOW LLP
>1200 Jefferson Avenue, Suite 205
>Oxford, MS  38655
>P.O. Box 1138
>Oxford, MS  38655-1138
>Telephone:    (662) 513-8007 (Direct)
>Facsimile:    (662) 513-8001
>E-mail:  Amanda.Tollison@butlersnow.com

41031913.v1